Argued June 20, reversed and remanded for resentencing June 27, reconsideration denied August 2, 1978, petition for review denied February 13, 1979

STATE OF OREGON, *Respondent,*

*v.*

KEITH HARLAN BARNETT, *Appellant.*

(No. 50658, CA 10454)

579 P2d 1312

Marianne Oswald, Deputy Public Defender, Salem, argued the cause for appellant. With her on the brief was Gary D. Babcock, Public Defender, Salem.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Before Schwab, Chief Judge, and Johnson, Gillette, and Roberts, Judges.

PER CURIAM.

Reversed and remanded for resentencing. *State v. Smith,* 34 Or App 539, 579 P2d 261 (1978).